LEWIS CASS MUNSTER, Respondent, *v.* DAVID J. BENOLIEL, Appellant.

(Supreme Court, Appellate Term, January, 1901.)

Trial — Refusal of court to accept, and have noted, additional requests of counsel is a fatal error.

The refusal of a trial justice to accept additional requests of counsel for the defendant, or to have them noted by the stenographer, when so requested, constitutes a fatal error in the conduct of the trial.

Minster v. Benoliel, 32 Misc. Rep. 630, reversed.

APPEAL from a judgment of the General Term of the City Court of the City of New York, affirming a judgment of Trial Term.

Coudert Bros. (John P. Murray, of counsel), for appellant.

Wahle & Stone (Charles G. F. Wahle, of counsel), for respondent.

*Per Curiam.* The refusal of the trial justice to accept the additional requests submitted by counsel for the defendant, and especially the refusal of the court to have them noted by the stenographer when so requested by counsel, constitute a fatal error in the conduct of the trial requiring a reversal of the judgment. Chapman v. McCormick, 86 N. Y. 479; O'Neil v. Dry Dock, E. B. & B. R. R. Co., 129 id. 125; Pfeffele v. Second Ave. R. R. Co., 34 Hun, 497. As the requests in question were improperly excluded from the record by the trial justice, and are, therefore, not

before us, we cannot assume that they were but repetitions of the instructions given to the jury.

Judgment reversed and new trial ordered, with costs to the appellant to abide the event.

Present: BEEKMAN, P. J., GIEGERICH and O'GORMAN, JJ.

Judgment reversed and new trial ordered, with costs to appellant to abide event.